**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:23-CV-00064-DOC-DFMx                                          Date: November 13, 2023

Title: JAMES OWEN V. ERNIE ALFONSO

PRESENT:        THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER TO SHOW CAUSE WHY DEFENDANT'S ATTORNEY SHOULD NOT BE HELD IN CONTEMPT**

On November 13, 2023, this Court held a scheduling conference in this matter. The scheduling conference was scheduled to begin at 8:30 am. Before the case was called, Plaintiff's counsel informed the Court that defense counsel was running late, because defense counsel's firm mis-calendared the hearing. Mr. Jacob Morjarro, a lawyer from the firm that is representing Defendant, went to the federal courthouse in Los Angeles, although the hearing was at the Santa Ana federal courthouse. Mr. Morjarro showed up to the hearing around five hours after it was scheduled to begin. More troubling than Mr. Mojarro's tardiness, however, is that Mr. Morjarro is not listed as an attorney of record in this case. Mr. Dariush Adli is lead counsel for Defendant who appeared at an earlier scheduling conference in this case.

This Court's scheduling order is clear: Lead counsel is to be present at all court appearances. Scheduling Order (Dkt. 38) at 2. Defendant is hereby **ORDERED TO SHOW CAUSE** orally at the November 16th hearing as to why they should not be sanctioned for failing to comply with this Court's scheduling order.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kdu